# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| ROSEMARY WICKRE,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | No. 17-CV-1015-LRR<br><br>**ORDER** |

The matter before the court is Plaintiff Rosemary Wickre's "Voluntary Motion to Dismiss" ("Motion") (docket no. 20), which she filed on February 20, 2018. In the Motion, Wickre "requests that this matter be voluntarily dismissed with prejudice, each party to bear its own costs," because the parties "have negotiated a settlement of all claims in this matter." Motion at 1. For the reasons stated in the Motion, the Motion is **GRANTED**. *See generally* Fed. R. Civ. P. 41. The Complaint (docket no. 2) is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

    **IT IS SO ORDERED.**

    **DATED** this 22nd day of February, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA